

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-18-00884-CR

Josue Aaron **DELGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2683
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due January 7, 2019; however, the court extended the deadline to March 1, 2019. The record has not been filed. On March 6, Uviedo filed a notice of late record stating that her "other duties or activities preclude working on the record" and that she anticipated the record would be complete by March 15.

We grant the motion and **order Erminia Uviedo to file the record by March 15, 2019**. No extensions will be granted absent a written showing of extraordinary circumstances. If Uviedo is unable to perform all her duties and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered. **If the record is not filed by the date ordered, we may order the reporter to appear and show cause why she should not be held in contempt or otherwise sanctioned.**

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court